# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DENNIS G. RICHARD,**

    **Plaintiff,**

vs.                                            **Case No.: 2:15-cv-2647**
                                                 **JUDGE GEORGE C. SMITH**
                                                 **Magistrate Judge Deavers**

**CALIBER HOME LOANS, INC.,** *et al.***,**

    **Defendants.**

## ORDER

On April 24, 2017, the United States Magistrate Judge issued a Report and Recommendation recommending that Defendants' Motion for Leave to File an Amended Answer and Counterclaims be **GRANTED** and Plaintiff's Motion for Sanctions be **DENIED**. (*See* Doc. 94, Report and Recommendation). The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. There has nevertheless been no objection to the Report and Recommendation.

Accordingly, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** and **AFFIRMED.** Defendants' Motion for Leave to File an Amended Answer and Counterclaims is **GRANTED** and Plaintiff's Motion for Sanctions is **DENIED**.

The Clerk shall remove Documents 64 and 79 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                      */s/ George C. Smith*_____
                                                      **GEORGE C. SMITH, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**